IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN J. BONTTY,

      Plaintiff,                                No. CIV S-10-3479 DAD P

     vs.

RHODE, et al.,

      Defendants.                ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

       On January 13, 2011, and again on February 2, 2011, the court instructed plaintiff to pay the filing fee or submit a properly completed in forma pauperis application that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a prison official's certification. On February 8, 2011, and February 17, 2011, plaintiff submitted new in forma pauperis applications to this court. However, plaintiff has failed to include a certified copy of his prison trust account statement and a prison official's certification. He also failed to sign his February 17, 2011 application.

/////

Plaintiff's incomplete applications will be denied without prejudice. In the interest of justice, the court will grant plaintiff one more opportunity to file a properly completed application to proceed in forma pauperis. See 28 U.S.C. § 1915(a)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 8, 2011, and February 17, 2011, applications to proceed in forma pauperis (Doc. Nos. 7 & 8) are denied without prejudice;

2. Plaintiff shall submit within thirty days from the date of this order a properly completed in forma pauperis application that is signed and includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a prison official's certification; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: March 2, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bont3479.3e(2)