IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN J. BONTTY,

        Plaintiff,                             No. CIV S-10-3479 DAD P

    vs.

RHODE et al.,                               ORDER AND

        Defendants.                 FINDINGS AND RECOMMENDATIONS

_____/

        By order filed July 15, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen

1  days after being served with these findings and recommendations, plaintiff may file written objections
2  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
3  and Recommendations."  Plaintiff is advised that failure to file objections within the specified
4  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
5  (9th Cir. 1991).

6  DATED: September 1, 2011.

                        /s/ Dale A. Drozd
                        DALE A. DROZD
                        UNITED STATES MAGISTRATE JUDGE

10 DAD:9
bont3479.fta