IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN J. BONTTY,

    Plaintiff,                       No. CIV S-10-3479 MCE DAD P

    vs.

RHODE, et al.,

    Defendants.               ORDER

_____/

        On October 28, 2011, November 1, 2011, and November 16, 2011, plaintiff filed documents in this action. However, plaintiff's complaint was dismissed without prejudice and this civil rights action was closed back on October 7, 2011. Plaintiff is advised that documents filed by plaintiff since this closing date will be disregarded and no further orders will issue in response to future filings.

DATED: November 22, 2011.

                                                /s/ Dale A. Drozd
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:kly
bont3479.58